**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marcos Mora JIMENEZ, also known as Marcos M. Jimenez, also known as Marcos Mora–Jimenez, also known as Marco Jimenez Mora, also known as Marcos Jimenez, also known as Marcos Mora, Defendant–Appellant.**

**No. 09–20707**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 5, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Sarah Beth Landau, Assistant Federal Public Defender, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Marcos Mora Jimenez, Conroe, TX, pro se.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marcos Mora Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mora Jimenez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.